IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL ALLEN NALDRETT,<br><br>Defendant. | CR 20-42-M-DLC<br><br><br><br>ORDER TO ISSUE WARRANT |

Based upon the United States' motion, and good cause appearing in support thereof,

IT IS HEREBY ORDERED that the summons directing Samuel Allen Naldrett to appear for arraignment on September 28, 2020, at 1:30 p.m. is QUASHED and the arraignment is VACATED.

IT IS FURTHER ORDERED that the Clerk of Court issue an arrest warrant for Samuel Allen Naldrett.

DATED this 23rd day of September, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1