IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL ALLEN NALDRETT,<br><br>Defendant. | CR 20–42–M–DLC<br><br><br><br>ORDER |

Defendant Samuel Allen Naldrett has filed his trial brief in this matter. (Doc. 30.) In his brief, Mr. Naldrett contends that: (1) the United States Supreme Court's holding in *Rehaif v. United States*, 139 S.Ct. 2191 (2019) has impacted the knowledge element in 18 U.S.C. § 922(a)(6) prosecutions; and (2) he is entitled to rely on the affirmative defense of entrapment by estoppel. (*Id.*) To this end, Mr. Naldrett has submitted two proposed jury instructions. (Docs. 28 at 3–4; 31 at 3–4.) The Court finds a response from the United States on these issues is warranted.

Accordingly, IT IS ORDERED that on or before January 13, 2021, the United States shall file a response to Mr. Naldrett's trial brief (Doc. 30), addressing the contentions raised therein.

DATED this 4th day of January, 2021.

_____
Dana L. Christensen, District Judge
United States District Court